No. 41683.—Protest 990495–G of Art Lace Import Co. (New York).

Opinion by TILSON, J. Embroidered articles trimmed with lace similar to those involved in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) were held dutiable at 75 percent under paragraph 1430 as claimed.

No. 41684.—Protest 795590–G/84957 of Marshall Field & Co. (Chicago).

Opinion by TILSON, J. From the record it was found that certain items consist of cotton doilies and scarfs made of burnt-out laces similar to those involved in *United States* v. *Marshall Field* (22 C. C. P. A. 502, T. D. 47495). The claim at 40 percent under paragraph 923 was therefore sustained.

No. 41685.—Petition 5833–R of Raymond H. Hamson (Boston).

Opinion by TILSON, J. It was found that the record established the good faith of the petitioner and a complete absence of any intent to defraud the revenue. The petition was therefore granted.

No. 41686.—Petition 5859–R of Howard Bros. Mfg. Co. (Boston).

Opinion by TILSON, J. The evidence establishing that there was no intention to defraud the revenue the petition was granted.

No. 41687.—Petition 5757–R of A. E. Cook (Portland, Maine).

Opinion by TILSON, J. The petition was dismissed.

No. 41688.—Protest 918850–G of Greenberg & Josefsberg (New York).

Opinion by DALLINGER, J. As the collector did not designate one-tenth of the packages to be examined by the appraiser, the appraisement was held null and void and the protest was sustained. *United States* v. *Boston Paper Board Co.* (23 C. C. P. A. 372, T. D. 48233), *Freeman* v. *United States* (T. D. 48683), and *Sprague* v. *United States* (T. D. 49193) followed.

No. 41689.—Petition 5694–R of Freedman & Slater, Inc. (New York).

Opinion by DALLINGER, J. On the record and evidence presented it was found that there was no intention to defraud the revenue or to conceal or misrepresent the facts of the case or to deceive the appraiser. The petition was therefore granted.